

Saint Joseph's College of Maine

Secure Processing Center
25 Route 111, P.O. Box 1048
Smithtown, NY 11787

Brynne A Lander

38677



March 21, 2025

## IMPORTANT INFORMATION PLEASE REVIEW CAREFULLY

Dear Brynne A Lander:

The privacy and security of the personal information we maintain is of the utmost importance to St. Joseph's College of Maine. We are writing with important information regarding a data security incident. We want to provide information about the incident, explain the services we are making available to you, and let you know that we continue to take significant measures to protect your information.

### What Happened?

St. Joseph's College of Maine detected unauthorized access to its network.

### What We Are Doing.

Upon detecting the unauthorized activity, St. Joseph's College of Maine immediately contained the incident and commenced a prompt and thorough investigation. St. Joseph's College of Maine also reported the incident to the Federal Bureau of Investigations. As part of our investigation, we engaged external cybersecurity professionals experienced in handling these types of incidents. The investigation revealed that the unauthorized party gained access to our network between December 15, 2023, and January 24, 2024. On February 20, 2025, we determined that the unauthorized party had potentially accessed or acquired certain files that contained your personal information.

### What Information Was Involved?

The impacted information contained some of your personal information, specifically, your full name, Social Security Number, Drivers License or State Issued ID Number.

### What You Can Do.

**We have no indication that your information has been misused for identity theft.** However, we are providing you with access to complimentary 12-month membership of Experian IdentityWorksSM Credit 3B. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on immediate identification and resolution of identity theft. IdentityWorks Credit 3B is completely free to you and enrolling in this program will not hurt your credit score. For more information on identity theft prevention and IdentityWorks Credit 3B, including instructions on how to activate your complimentary 12-month membership, please see the additional information provided in this letter.

This letter also provides other precautionary measures you can take to protect your personal information, a fraud alert and/or security freeze on your credit files, obtaining a free credit report, and/or protecting your medical information. Additionally, you should always remain vigilant in reviewing your financial account statements and credit reports for fraudulent or irregular activity on a regular basis.